UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15 CR 368 CDP/TCM ) |
| FIRST CHOICE ORTHOTICS AND PROSTHETICS, LLC, | ) ) ) ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Dorothy L. McMurtry, Assistant United States Attorney for said District, and moves the Court to dismiss without prejudice the Indictment against the defendant First Choice Orthotics and Prosthetics, LLC, No. 4:15 CR 368 CDP/TCM.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 */s/ Dorothy L. McMurtry*
DOROTHY L. McMURTRY, # 37727MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                */s/ Dorothy L. McMurtry*
                                                DOROTHY L. McMURTRY, # 37727MO
                                                Assistant United States Attorney